**IN RE:**                                                    **CASE NO.: 6:23-bk-00181**
**Malaquias Gonzalez Monge**
**Katelin Marie Teseniar-Gonzalez**

_____*Debtor*_____/

### EMERGENCY MOTION TO IMPOSE THE AUTOMATIC STAY
### PURSUANT TO 11 U.S.C. § 362 (c)(4)

The debtor respectfully requests that this Court impose the automatic stay, pursuant to 11 U.S.C. §362(c)(4), and in support thereof state(s):

1. The Debtors filed this bankruptcy Chapter 13 petition on January 18, 2023.

2. The Debtors previously filed bankruptcy case 6:21-bk-04405-TPG, under Chapter 13 on September 30, 2021 and that case was dismissed on February 19, 2022 and subsequently filed bankruptcy case 6:22-bk-02189-TPG on June 21, 2022 which was dismissed on October 13, 2022.

3. The Debtors had no other pending bankruptcy cases in the preceding one-year period.

4. The debtor did not have any prior case(s) dismissed in the past year for any of the following reasons:

- failure to file or amend other required documents without substantial excuse or

- failure to provide adequate protection as ordered by the Court.

5.      There has been a substantial change in the financial or personal affairs of the debtor since the dismissal of the last case, and the debtor believes that this case will result in a confirmed plan that will be fully performed.

6. Debtor's first (1st) case was dismissed for failure to maintain timely payments which was due to Husband's loss of job and, therefore, income. Husband is now working.  Debtor's second (2nd) case was filed pro se and was dismissed for failure to pay the courts filing fee which was an oversight of Debtors.

**WHEREFORE**, the debtor prays that this Court grant the Emergency Motion to Impose the Automatic Stay as to all creditors, after notice and opportunity to be heard, and for all other proper relief.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing motion was furnished by United States mail, postage prepaid or by electronically file to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, on January 18, 2023.

Respectfully submitted,

*/s/ Elayne M. Perez, Esq.*
Elayne M. Perez, Esquire
ELAYNE M. PEREZ, P.A.
Florida Bar No.: 581151
Attorney for Debtor
Elayne M. Perez, PA
746 N. Magnolia Ave.
Orlando, Florida 32803
407-545-4400 (Office)
407-545-4401 (Fax)
service@perezlawassociates.com

Label Matrix for local noticing
113A-6
Case 6:23-bk-00181
Middle District of Florida
Orlando
Wed Jan 18 17:24:42 EST 2023

Malaquuias Gonzalez Monge
1014 Oak Ln
Apopka, FL 32703-6127

Katelin Maria Teseniar-Gonzalez
1014 Oak Ln
Apopka, FL 32703-6127

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Comenity Bani
PO BOX 182789
Columbus, OH 43218-2789

Comenitycapital/Ulta
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Credit Control Service
2 Wells Ave
Newton Center, MA 02459-3225

(p)FAIRWINDS CREDIT UNION
3087 N ALAFAYA TRAIL
ORLANDO FL 32826-3205

Federal Loan Services
PO BOX 60610
Harrisburg, PA 17106-0610

Ficc Clvland
24700 Chagrin Blvd
Suite 205
Beachwood, OH 44122-5630

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Heckman Law Group
PO BOX 12492
Tallahassee, FL 32317-2492

Home Credit USA
Attn: Bankruptcy
6240 Sprint Pkwy
Overland Park, KS 66211-1159

IRS
Centralized Insolvency Opt
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

Lendclub Bnk
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105-2802

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Midland Credit Management
PO Box 2037
Warren, MI 48090-2037

MoneyLion, Inc
Attn:  Bankruptcy Dept
P.O. Box 1547
Sandy, UT 84091-1547

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Seminole County Tax Collecto
PO BOX 630
Sanford, FL 32772-0630

Seminole County Tax Collector
Post Office Box 630
Sanford FL 32772-0630

Tbom H Card
PO BOX 7009
Overland Park, KS 66207-0009

Wyndham Vca
10750 W Charleston
Suite 130
Las Vegas, NV 89135-1049

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elayne M Conrique +
Perez Conrique Law
746 North Magnolia Avenue
Orlando, FL 32803-3809

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Caine & Weiner
21210 Erwin St
Woodland Hills, CA 91367

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Fairwinds Credit Union
3075 N. Alafaya Trail
Orlando, FL 32826


(d)Fairwinds Cu
3075 N. Alafaya Trail
Orlando, FL 32826

(d)Jpmcb Card
Po Box 15369
Wilmington, DE 19850

MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005


Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

End of Label Matrix
Mailable recipients        29
Bypassed recipients         0
Total                      29