# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

CASE NO.: 6:23-bk-00181-TPG

In re

**Chapter 13**

Katelin Maria Teseniar−Gonzalez
Malaquuias Gonzalez Monge
Debtor (s).
_____/

## NOTICE OF PRELIMANRY HEARING

**NOTICE IS GIVEN THAT:**

1. A Preliminary Hearing in this case will be held before the Honorable Judge Tiffany P Geyer on February 8th, 2023 at 10:45 am at Orlando, FL – Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street on the following matter:

    Motion to Impose Automatic Stay (Doc 5)

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at (Procedures Governing Court Appearances - Orlando). If the Court permits appearances by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed

form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived

January 30th, 2023

*/s/Elayne M. Conrique, Esq.*
Elayne M. Conrique, Esquire
Florida Bar No. 581151
Perez Conrique Law
746 N. Magnolia Avenue
Orlando, Florida 32803
Telephone: (407) 545-4400
Facsimile: (407) 545-4401
*Attorney for Defendant*
service@perezconrique.com

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by electronic transmission on the 30th day of January, 2023 to: Chapter 13 Trustee Laurie K Wheatherford and US Mail, pre-paid postage to Fairwinds Credit Union 3087 N Alafaya Trail, Orlando FL, 32826; Heckman Law Group, P.L. Attorney for Creditor P.O. Box 12492 Tallahassee, Florida 32317-2492.

*/s/Elayne M. Conrique, Esq.*
Elayne M. Conrique, Esquire
Florida Bar No. 581151
Perez Conrique Law
746 N. Magnolia Avenue
Orlando, Florida 32803
Telephone: (407) 545-4400
Facsimile: (407) 545-4401
*Attorney for Defendant*
service@perezconrique.com